1 JAMES W. RUSHFORD, ESQ.
State Bar No. 88739
2 RUSHFORD & BONOTTO, LLP
2277 Fair Oaks Blvd., Suite 495
3 Sacramento, California  95825
(916) 565-0590
4

5 Attorneys for Defendants,
Andrea Joy Smith, a dental corporation,
6 individually and dba Andrea Joy Smith Family Dentistry;
Brian Fahey
7

8 UNITED STATES DISTRICT COURT

9 IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  SCOTT N. JOHNSON, | Case No.:  2:08-CV-01018-MCE-DAD |
| 12         Plaintiff, | |
| 13    vs. | STIPULATION FOR DISMISSAL |
| 14  DR. ANDREA JOY SMITH, A DENTAL CORPORATION, INDIVIDUALLY AND D/B/A DR. ANDREA JOY SMITH FAMILY DENTISTRY; BRIAN FAHEY, | |
| 16         Defendants. | |

17

18    IT IS HEREBY STIPULATED by and among the parties to this action

19 that the above-captioned action be and hereby is dismissed with prejudice

20 as to DR. ANDREA JOY SMITH, A DENTAL CORPORATION, INDIVIDUALLY

21 AND D/B/A DR. ANDREA JOY SMITH FAMILY DENTISTRY; BRIAN FAHEY; all

22 parties to bear their own costs and attorneys fees.

23 Dated:  __4/23/09_____

24                                          By:   /s/ Scott N. Johnson
                                                  Scott N. Johnson
25                                                Attorney for Plaintiff

26

27 / / /

28 / / /

1

STIPULATION FOR DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  4/30/09

        **RUSHFORD & BONOTTO, LLP**

        By: /s/ James W. Rushford
         James W. Rushford
         Attorney for Defendants
         DR. ANDREA JOY SMITH, A DENTAL
         CORPORATION, INDIVIDUALLY AND
         D/B/A DR. ANDREA JOY SMITH
         FAMILY DENTISTRY; BRIAN FAHEY

THE PARTIES HAVING STIPULATED:  the above matter is ordered dismissed with prejudice; all parties to bear their own costs and attorneys fees.

It is so ordered.

DATED: May 20, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com